**MARGO A. RAISON, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By: Marshall S. Fontes, Deputy (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**
**Fax 661-868-3805**

**Attorneys for Defendants County of Kern, et al.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO OCHOA, an individual,**<br><br>**Plaintiff,**<br>     v.<br><br>**COUNTY OF KERN, a municipal entity; DEPUTY BROCK (Badge No. 2017650), an individual; DEPUTY ANDREW BASSETT (Badge No. 202312), an individual; and DOES 1 through 10, inclusive**<br><br>**Defendants.** | **CASE NO.: 1:18-CV-01599-LJO-JLT**<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER; [~~PROPOSED~~] ORDER**<br>**(Doc. 16)** |

**BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:**

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel to modify the Scheduling Order [Doc 11] in this matter, by continuing all dates by approximately one-hundred twenty (120) days.

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Non-expert Discovery Cutoff: | 09/03/2019 | 01/02/2020 |
| Expert Disclosure: | 09/23/2019 | 01/21/2020 |

1

---

| | | |
|---|---|---|
| Rebuttal Expert Disclosure: | 11/28/2019 | 03/27/2020 |
| Expert Discovery Cutoff: | 12/06/2019 | 04/06/2020 |
| Dispositive Motion Filing Deadline: | 02/12/2020 | 06/11/2020 |
| Settlement Conference: | 04/24/2020 | 08/24/2020 |
| Pretrial Conference: | 05/27/2020 10:00 a.m. Dept. 2 | 09/17/2020 10:00 a.m. Dept. 2 |
| Jury Trial: (3-4 day estimate) | 07/28/2020 8:30 a.m. Dept. 2 | 11/23/2020 8:30 a.m. Dept. 2 |

The parties request an order modifying scheduling order. The parties have not previously requested a modification of the scheduling order.

Marshall S. Fontes, Counsel for Defendants was scheduled for knee surgery on June 26, 2019, making him unavailable for what he at time understood would be the following three to four weeks while recovering from the surgery. However, approximately three days after discharge, Mr. Fontes developed a hemorrhagic blister on the medial side of the right knee which was approximately four inches in diameter. This blister ruptured on Tuesday July 2, 2019, which presented increased risks of infection and delayed the initiation of his physical therapy treatment program. Originally, it was hoped that Mr. Fontes would be able to return to work at the beginning of August. However, due to these unexpected complications, Mr. Fontes was informed by his orthopedic surgeon on July 10, 2019, that he can expect to be off work for an undetermined time, but no less than six more weeks. Mr. Fontes has subsequently been placed on temporary disability medical leave. There is no one else in Mr. Fontes' office with knowledge of this case that would be able to step in and complete discover and take depositions while he continues his recovery.

But for this unanticipated medical emergency, all discovery would have been completed pursuant to the existing schedule. As a result of these circumstances it will be extraordinarily

STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON

difficult for both parties to complete discovery, including depositions, within the remaining time frame for the completion of discovery.

The parties believe these there is good cause for the above proposed changes to the discovery deadlines.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the Parties that the Scheduling Order be modified as set forth above.

Respectfully submitted,

Dated: July 25, 2018      THE COCHRAN LAWFIRM


By: /s/ Brian T. Dunn (as authorized on 07/25/19)
   Brian T. Dunn, Esq.
   Megan R. Gyongyos, Esq.
   Attorneys for Plaintiff, Alejandro Ochoa

Dated: July 25, 2018      MARGO A. RAISON, COUNTY COUNSEL


By: /s/ Andrew C. Thomson for Marshall S. Fontes
   Marshall S. Fontes, Deputy
   Attorneys for Defendants,
   County of Kern, Brock and Bassett

STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON

# ~~PROPOSED~~ ORDER

Based upon the stipulation of counsel, the Court **ORDERS** the Scheduling Order be Amended as follows:

| | |
|---|---|
| Non-expert Discovery Cutoff: | 01/02/2020 |
| Expert Disclosure: | 01/21/2020 |
| Rebuttal Expert Disclosure: | 03/27/2020 |
| Expert Discovery Cutoff: | 04/06/2020 |
| Dispositive Motion Filing Deadline: | 06/11/2020 |
| Hearing on dispositive motions: | 07/30/2020 |
| Settlement Conference: | 08/7/2020, 1:30 p.m. |
| Pretrial Conference: | 09/17/2020, 10:00 a.m., Courtroom 4 |
| Jury Trial: | 12/1/2020, 8:30 a.m., Courtroom 4, 3-4 day estimate |

IT IS SO ORDERED.

Dated: __**July 31, 2019**__         __/s/ Jennifer L. Thurston__
                              UNITED STATES MAGISTRATE JUDGE