1 | **BRIAN T. DUNN, ESQ. (SBN 176502)**
2 | **Email: Bdunn@cochranfirm.com**
  | **HUSSAIN TURK, ESQ. (SBN 314704)**
3 | **Email: hturk@cochranfirm.com**
4 | **THE COCHRAN FIRM CALIFORNIA**
  | **4929 Wilshire Boulevard, Suite 1010**
5 | **Los Angeles, California 90010**
6 | **Telephone: (323) 435-8205**
  | **Fax: (323) 282-5280**
7 | **Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO OCHOA, an individual,**<br><br>**Plaintiff,**<br>     v.<br><br>**COUNTY OF KERN, a municipal entity; DEPUTY BROCK (Badge No. 2017650), an individual; DEPUTY ANDREW BASSETT (Badge No. 202312), an individual; and DOES 1 through 10, inclusive**<br><br>**Defendants.** | **CASE NO.: 1:18-CV-01599-LJO-JLT**<br><br>**[Hon. Jennifer L. Thurston]**<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER; AMENDED ORDER** |

**BY AND BETWEEN THE PARTIES TO THIS ACTION, THROUGH THEIR COUNSEL OF RECORD:**

This stipulation is entered into by and between the plaintiff and the defendants, by and through their respective counsel to modify the Scheduling

1

---
STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON

Order [Doc 17] in this matter, by continuing all dates by approximately sixty days (60) days.

| Deadline: | Currently: | Proposed: |
|---|---|---|
| Non-expert Discovery Cutoff: | 01/02/2020 | 03/02/2020 |
| Expert Disclosure: | 01/21/2020 | 03/20/2020 |
| Rebuttal Expert Disclosure: | 03/27/2020 | 05/26/2002 |
| Expert Discovery Cutoff: | 04/06/2020 | 06/05/2020 |
| Dispositive Motion Filing Deadline: | 06/11/2020 | 08/10/2020 |
| Hearing on Dispositive Motions | 07/30/2020 | 09/28/2020 |
| Settlement Conference: | 08/07/2020 | 10/06/2020 |
| Pretrial Conference: | 09/17/2020<br>10:00 a.m.<br>Courtroom 4 | 11/16/2020 |
| Jury Trial:<br>(3-4 day estimate) | 12/01/2020<br>8:30 a.m.<br>Courtroom 4 | 01/26/2021 |

  The parties believe there is good cause for the proposed changes due to an unanticipated medical emergency involving Plaintiff's lead counsel, Brian T. Dunn, which necessitated several unanticipated hospital visits from November, 2019 through January 2020. Should the Court require any additional information, Mr. Dunn will file a declaration under seal specifying the specific diagnosis and procedures underlying the instant request. For these reasons, the parties are in agreement that there is good cause for the above proposed changes to the discovery deadlines.

**NOW THEREFORE, IT IS HEREBY STIPULATED** by the Parties that the Scheduling Order be modified as set forth above.

Respectfully submitted,

Dated: January 21, 2020        THE COCHRAN LAWFIRM

By: /s/
    Brian T. Dunn, Esq.
    Hussain Turk, Esq.
    Attorneys for Plaintiffs

Dated: January 21, 2020        MARGO A. RAISON, COUNTY COUNSEL

By: /s/
    Marshall S. Fontes, Deputy
    Attorneys for Defendants,

# [~~PROPOSED~~] ORDER

Based upon the stipulation of counsel, the Court **ORDERS** the scheduling order amended as follows:

1. All non-expert discovery **SHALL** be completed **no later than March 2, 2020**;
2. All expert discovery **SHALL** be completed **no later than June 5, 2020**;
3. The parties **SHALL** disclose their experts **no later than April 3, 2020**;
4. The parties **SHALL** disclose any rebuttal experts **no later than May 15, 2020**;

**No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

Dated: __**January 28, 2020**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY THE SCHEDULING ORDER AND [PROPOSED] ORDER THEREON