UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEJANDRO OCHOA,<br><br>       Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>       Defendants. | Case No.: 1:18-CV-01599 NONE JLT<br><br>SECOND ORDER TO THE PLAINTIFF AND HIS COUNSEL, MEGAN GYONGYOS AND BRIAN DUNN, TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR REPEATED FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>ORDER TO EDWARD M. LYMAN III TO CEASE PRACTICE IN THIS COURT UNTIL HE IS ADMITTED TO THIS COURT |
|---|---|

       The Court recently issued an order to show cause to the plaintiff and his counsel of record for their repeated failures to comply with the Court's orders. (Doc. 28) Twice the plaintiff and his lawyers failed to make a meaningful (or any) offer to settle, and twice they have failed to lodge settlement conference statements. Id.  In the order to show cause, the Court allowed the plaintiff, Ms. Gyongyos and Mr. Dunn a week to respond and explain why sanctions should not be imposed. Id.

       Instead, Edward Lyman III, a new associate at Mr. Dunn's firm, responded to the order and, though he took full responsibility for the failures, he is **not an attorney of record on this case and is not a member of this Court**.  Moreover, he described the failure as not systemic but seemed unaware that the Court was not referring to a single instance of non-compliance but four

1

separate acts.  Also, his request for a 14-day extension of time to lodge the settlement conference statement makes no sense because the Court has vacated the settlement conference **because the plaintiff has failed to make a meaningful settlement offer to the defense.** The Court does not ask for counsel to take meaningless actions. Rather, the Court's orders were designed to engage the parties in productive pre-settlement conference discussions so that the conference itself would be more likely to resolve some, if not all, of the case. Simply going through the motions now of drafting a settlement conference statement is a waste of time and will not accomplish the Court's goal.

Further confounding to the Court is why Mr. Lyman responded to the order at all.  He is not an attorney of record in this case, and he is not entitled to file anything in this Court given the fact that he is not a member of the Eastern District of California.  Therefore, the Court **ORDERS**:

1. Ms. Gyongyos and Mr. Dunn, SHALL have a final opportunity to file a response to the order to show cause which fully explains what has gone wrong, what has been done to ensure these wrongs won't be repeated and why sanctions should not be imposed on them and the plaintiff for their willful disregard of the Court's orders. Their responses SHALL be filed within seven days;

Counsel and Mr. Ochoa are advised that they will not be given another chance to speak to the issues raised here or in the order to show cause (Doc. 28).  **Their failure to comply will result in the imposition of sanctions**;

2. Mr. Edward M. Lyman **SHALL NOT** practice in this Court until he has been admitted to the Eastern District of California.

IT IS SO ORDERED.

Dated:   **September 30, 2020**          /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE

2