UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO OCHOA,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF KERN, et al.,<br><br>   Defendants. | Case No.: 1:18-CV-01599 NONE JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER AMENDING THE CASE SCHEDULE |

The Court recently issued orders to show cause to the plaintiff and his counsel of record for their repeated failures to comply with the Court's orders. (Doc. 28; Doc. 31) Ms. Gyongyos has not responded. Mr. Dunn has responded and though the response was unsatisfactory—both in tone and content—the Court was most concerned about the statement made that the parties could not sincerely discuss resolution of the matter given the status of the aborted discovery. Thus, the Court held an informal telephonic conference (Doc. 33, 35). After conferring with counsel, the Court and counsel developed a workable amended the case schedule. Therefore, the Court **ORDERS**:

    1.    The orders to show cause (Docs. 28, 31) are **DISCHARGED**;

    2.    The case schedule is amended as follows:

        a.    The depositions of the defendant deputies **SHALL** be completed **no later than November 13, 2020**;

        b.    The parties **SHALL** disclose experts **no later than December 4, 2020** and

any rebuttal experts **no later than January 8, 2021**. The parties **SHALL** complete expert discovery **no later than February 12, 2021**. The plaintiff has agreed he will submit to an independent medical examination at the request of the defense. The defense may serve a demand for the examination before the close of expert discovery. However, if the defense decides to offer the examiner's opinion at trial, the examiner must be disclosed. The defense may disclose the examiner <u>either</u> in the initial expert disclosure due on December 4, 2020 or in the rebuttal expert disclosure due on February 12, 2021. The report of the independent medical examination **SHALL** be provided immediately after it is completed, and the defense **SHALL NOT** await the disclosure to provide it to the plaintiff;

    c.    The settlement conference is set on **April 16, 2021** at 9:00 a.m. Counsel **SHALL** exchange settlement offers and lodge confidential settlement conference statements, as required by the scheduling order (Doc. 11 at 5-6);

    d.    The pretrial conference is set on **June 7, 2021** at 3:30 p.m.

3.    Because the plaintiff has agreed to dismiss the <u>Monell</u> claim. Defense counsel **SHALL** provide via email a stipulated dismissal of this claim to plaintiff's counsel **no later than October 16, 2020**. The stipulated dismissal of this claim **SHALL** be filed **no later than October 23, 2020**.

IT IS SO ORDERED.

Dated: **October 15, 2020**          /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE