**MARGO A. RAISON, COUNTY COUNSEL**
**Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Marshall S. Fontes, Deputy (SBN 139567)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**

**Attorneys for Defendants County of Kern and Deputies Brock and Bassett**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEJANDRO OCHOA, an individual,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**COUNTY OF KERN, a municipal entity; DEPUTY BROCK (Badge No. 2017650, and individual; DEPUTY ANDREW BASSETT (Badge No. 202312), and individual; and DOES 1 through 10, inclusive,**<br><br>**Defendants.** | **CASE NO. 1:18-CV-01599-LJO-JLT**<br><br>**STIPULATION TO DISMISS *MONELL* CLAIM AGAINST THE COUNTY OF KERN; [~~PROPOSED~~] ORDER**<br>**(Doc. 37)** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF, ALEJANDRO OCHOA and DEFENDANTS, COUNTY OF KERN, DEPUTY BROCK and DEPUTY BASSETT by and through their respective attorneys of record, that, while not separately pled, any claim asserted by Plaintiff against the COUNTY OF KERN, in this case be dismissed from

/ / /

/ / /

/ / /

/ / /

/ / /

this action, each side to bear their own costs:

Dated: October 16, 2020

THE COCHRAN FIRM CALIFORNIA

By: /s/ Brian T. Dunn as authorized on 10/16/2020
Brian T. Dunn, Esq.
Attorneys for Plaintiff, Alejandro Ochoa

Dated: October 16, 2020

MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Marshall S. Fontes
Andrew C. Thomson, Chief Deputy
Marshall S. Fontes, Deputy
Attorneys for Defendants County of Kern and Deputies Brock and Bassett

**~~PROPOSED~~ ORDER**

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1) of the unenumerated Monell claim against the County of Kern. (Doc. 37) Accordingly, the Clerk of Court is DIRECTED to close this action as to the unenumerated Monell claim against the County of Kern.

IT IS SO ORDERED.

Dated: **October 18, 2020**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE