1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     EASTERN DISTRICT OF CALIFORNIA
10
11   ALEJANDRO OCHOA,                            Case No.: 1:18-CV-01599 JLT SKO
12              Plaintiff,                        ORDER RE PENDING RECUSAL
13        v.
14   COUNTY OF KERN, et al.,
15              Defendants.
16

17        This matter was reassigned recently to the undersigned. Review of the docket reveals that
18   the parties submitted settlement conference statements, which the undersigned reviewed, which
19   resulted in the Court vacating the settlement conference. Because confidential information may
20   have been provided, the undersigned intends to recuse from this case, unless the parties waive the
21   disqualification via a written stipulation. Therefore, the Court **ORDERS**:
22        1.      If they wish to waive the disqualification, they must file a joint waiver **no later**
23   **than January 21, 2022**.
24   ///
25   ///
26   ///
27   ///
28   ///

1

2.      If the parties choose not to waive the disqualification[1], they need not take any action and the Court will issue a recusal order after January 21, 2022.

IT IS SO ORDERED.

Dated:   **January 11, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] Absolutely no adverse consequences will result no matter how the parties decide to proceed.