UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO OCHOA,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.: 1:18-CV-01599 JLT SKO<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE TRIAL<br>(Doc. |

THE COURT, HAVING FOUND GOOD CAUSE, AND PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that

    1.    The trial, currently set on April 11, 2022, is VACATED.

    2.    A telephonic status conference is scheduled for April 22, 2022 at 1:30 p.m. to select a new trial date.[1]

IT IS SO ORDERED.

Dated: __March 31, 2022__

                                                          UNITED STATES DISTRICT JUDGE

---

[1] Due to an extended trial, the Court has no July trial dates available.